Jeffrey Fleischmann (JF-6829)
The Law Office of Jeffrey Fleischmann PC
65 Broadway, Suite 842
New York, New York 10006
Tel: (646) 657-9623
jf@lawjf.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
WARREN CARTER,

                              Plaintiff,


         - against -                           Case No.  16-cv-2718 (RRM-VMS))


NEW YORK MANAGEMENT USA INC., ABLE          **RULE 7.1 STATEMENT**
MAINTENANCE SERVICE LLC and NATHAN
KOHN
                              Defendants.
-------------------------------------------------------------------

         The undersigned, counsel of record for New York Management USA Inc. and Able

Maintenance Service LLC, each a private (non-governmental) party, certifies pursuant to Rule

7.1 of the Fed. R. Civ. P. that ew York Management USA Inc. and Able Maintenance Service

LLC have no parent corporations, affiliates or subsidiaries that are publicly held and that there is

no parent corporation or publicly held corporation that own 10% or more of its stock.


Dated:   New York, New York
         June 30, 2016



                              THE LAW OFFICE OF JEFFREY FLEISCHMANN
                              *Attorney for all Defendants*

                              By:  /s/ Jeffrey Fleischmann
                                     Jeffrey Fleischmann (JF-6829)
                              65 Broadway, Suite 842
                              New York, New York 10006

Tel: (646) 657-9623
jf@lawjf.com
jf@lawjf.com