AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Warren Carter,<br><br>*Plaintiff(s)*<br>v.<br>New York Management USA Inc., Able Maintenance Service LLC, and Nathan Kohn,<br><br>*Defendant(s)* | Civil Action No. 16-cv-2718 RRM-VMS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nathan Kohn
704 Dekalb Avenue
Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 5/31/2016

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*





**STATE OF NEW YORK**
**UNITED STATES EASTERN DISTRICT COURT**

INDEX # : 16-CV-2718 RRM-VMS
Date Filed:
Court Date:

ATTORNEY(S): PH:
ADDRESS: File No.:

*WARREN CARTER*

Plaintiff(s)/Petitioner(s)

vs

*NEW YORK MANAGEMENT USA INC., et al.*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:   **AFFIDAVIT OF SERVICE**

DARREN PINDER , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Friday, July 1, 2016** at **7:10 AM** , at 704 DEKALB AVE, Brooklyn, NY 11216 , deponent served the Summons in a Civil Action and Complaint and Jury Trial Demanded

on: **NATHAN KOHN** , **Defendant** therein named.

**#1 AFFIXING TO DOOR** [X]
By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [X] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on 6/6/2016 at 10:38 AM
on 6/7/2016 at 10:57 PM
on 6/9/2016 at 5:46 PM
on            at
Address confirmed by  a neighbor  , "JANE DOE"-REFUSED NAME

**#2 MAIL COPY** [X]
On July 1, 2016 , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#3 WIT. FEES** [ ]
the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 MIL. SRVC** [X]
Your deponent asked the person spoken to whether defendant/respondent was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant/respondent is not in the military service.

**#5 OTHER** [ ]

Sworn to before me on  July 1, 2016

VANESSA JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01JO6166083, QUALIFIED IN KINGS COUNTY
TERM EXPIRES MAY 14, 2019



DARREN PINDER
Server's Lic # 1103238
Invoice•Work Order # 0297082

Tristate Judicial Services, Inc., 30 South Ocean Avenue, Freeport, NY 11520