UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WARREN CARTER,                                                                    JUDGMENT
                                                                                                  16-CV- 2718 (RRM)
                           Plaintiff,

      -against-

NEW YORK MANAGEMENT USA INC.,
ABLE MAINTENANCE SERVICE LLC, and
NATHAN KOHN,

                       Defendants.
--------------------------------------------------------X

        Defendants New York Management USA Inc., Able Management Service LLC and Nathan Kohn having offered Plaintiff Warren Carter to take a judgment against them for the fixed sum of $21,250.00 in the aggregate, inclusive of all costs and inclusive of all attorneys' fees, to resolve all outstanding claims belonging to Plaintiff that have been made or could have been made against Defendants in the above-captioned action matter or any claim of Defendants against Plaintiff that have been made or could have been made in the above-captioned matter; within forty-five (45) days of Plaintiff's acceptance of this offer of judgment, the payment of $21,250.00 shall be made payable to "Abdul Hassan Law Group, PLLC, as Attorney;" it is

        ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Warren Carter and against Defendants New York Management USA Inc., Able Maintenance Service LLC, and Nathan Kohn in the fixed sum of $21,250.00, inclusive of all costs and inclusive of all attorneys' fees; and that it is further,

**JUDGMENT** 16-CV- 2718 (RRM)

      ORDERED and ADJUDGED that the case is dismissed; and that the case is closed.

| | |
|---|---|
| Dated: Brooklyn, New York<br>December 07, 2016 | Douglas C. Palmer<br>Clerk of Court |
| | by:   */s/ Janet Hamilton*<br>      Deputy Clerk |